| | |
|---|---|
| 1 | Joseph Ehrlcih -#984359 |
| 2 | Losch & Ehrlich - Attorneys at Law<br>425 California Street, Suite 2025 |
| 3 | San Francisco CA 94104<br>Telephone:   (415) 956-8400 |
| 4 | Facsimile:   (415) 956-2150<br>je@losch-ehrlich.com |
| 5 | Attorneys for Plaintiff |
| 6 | Pacific BVL Corporation,<br>a California Corporation |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC BVL CORPORATION,<br>a California Corporation | ) | Case No. C-06-7546 WHA |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | ) | **FRCP RULE 41 (a)(1)(i)** |
| B.C.N. SACRAMENTO DEVELOPMENT, LLC., a Colorado Limited Liability Company; MALLSIDE DEVELOPMENT, LLC. A Colorado Limited Liability Company; Craig J. Nassi, an individual | ) | |
| Defendants. | ) | |

///
///
///
///
///
///
///
///
///

1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. C-06-7546 WHA**

PLAINTIFF PACIFIC BVL CORPORATION by and through their designated counsel, hereby DISMISSES the above captioned action WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: January 18, 2007

Respectfully submitted,

LOSCH & EHRLICH

By: */s/ Joseph Ehrlich*
Joseph Ehrlich
Attorneys for Plaintiff
Pacific BVL Corporation

SO ORDERED:

January 19, 2007

IT IS SO ORDERED
Judge William Alsup

_____
Judge of the U.S.D.C.
For the Northern District of California

**2**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, Case No. C-06-7546 WHA**